From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. PATRICK J. GLINNON, Defendant.

NO. 5869B

## DECISION

The application of the above-named defendant for a review of the sentence of ten years for robbery with 26 days jail time credit, imposed on September 16, 1969, was fully heard and after a careful consideration of the entire matter it is decided that:

The last five years of the sentence be suspended and during that period of time the defendant be placed under the supervision and control of the State Board of Pardons subject to all of its rules and regulations.

Although the presumption is that the sentencing judge was correct in his determination, and he may be in this case, and it is true that the sentence here could have been for life or years without limit, nevertheless, it has been made to appear to this Court that the interests of justice, the individual, the crime, and the sentencing goals kept in mind, will be just as well served by making possible an earlier consideration for parole or release of the defendant, with a desirable period of time remaining for supervision. In reaching this conclusion we have taken into account defendant's lack of a prior criminal record, his age of about 21 years, and his military record which includes a Vietnam Defense Medal with a Bronze Star, as well as four years of service with an Honorable Discharge.

We thank Paul Smith, Esq., of the Montana Defender Project for his assistance to the defendant and to the Court.

DATED this 29th day of December, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield and Sid G. Stewart.

From: The District Court of the Third Judicial District. County of Powell.

STATE OF MONTANA, Plaintiff, vs. ALBERT FLANAGAN, Defendant.

NO. 1849

## DECISION

The application of the above-named defendant for a review of the sentence of three years for grand larceny, imposed on October 17, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

This sentence appears proper, reasonable and quite lenient, the crime, individual, and the sentencing goals kept in mind, especially when it is considered that the presumption is that the sentencing judge was correct in his determination, that the crime may be punished by 14 years imprisonment, and that the defendant did receive a parole in May, 1969, which he violated in August, 1969. Further, defendant has a record of other offenses.

DATED this 29th day of December, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield.